# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**


FILED
JAMES J. VILT, JR. - CLERK
MAR - 6 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Timothy T. Rice
Achilles A. Johnson
Jason L. Mitchell
(Full name of the Plaintiff(s) in this action)

v.

Mike Lewis
Brandon Lampton

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 4:23-CV-39-JHM
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

(X) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Timothy T. Rice

Place of Confinement: Hopkins County Jail

Address: 2250 Laffoon Trail Madisonville, Ky 42431

Status of Plaintiff: CONVICTED ( )   PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: Achilles A. Johnson

Place of Confinement: Hopkins County Jail

Address: 2250 Laffoon Trail Madisonville, Ky 42431

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (✓)

(3) Name of Plaintiff: Jason L. Mitchell

Place of Confinement: Hopkins County Jail

Address: 2250 Laffon Trail Madisonville Ky. 42431

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (✓)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant Mike Lewis is employed as Jailer at Hopkin county jail.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant Brandon Lampton is employed as Head of Kitchen at Hopkin county Jail.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): ___N/A___

Defendant(s): ___N/A___

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: ___N/A___

Name of judge to whom the case was assigned: ___N/A___

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: ___N/A___

Approximate date of disposition: ___N/A___

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Ive been house here along with the other 2 plantiffs for 14 months, and havent recieved any fruit at all. No milk under the qualified amount of dairy product, and little to no vegitables besides during a certain season. And now we are only getting starch foods. 7 different meals rotated for lunch and dinner. It 5 slots on a tray they are only filling 2 at times 3 if they decide to give us the buscuit. And they only serve 2 breakfast trays. Every lunch and dinner tray consist of macoroni noodles or rice and gravy weve ask for copies of the current menu and calorie count and have been denied. The way they feed at this Jail the inmates are not recieving proper nutretion, vitamins or calories we need vegetables and fruit at least once a day. They current trays are (oatmeal Bluebury muffin, Buscuit Gravy Blueberry muffin, breakfast) Beans and Rice, Rice and Gravy, cheesy mac, stroganof, spaghetti, chilli mac, pot pie and all are served with macaroni noodles the only side is macaroni Salad and sometime cake and or a buscuit. That not a

## III. STATEMENT OF CLAIM(S) continued

Correct amount of nutrition or anything health wise for adult inmates I'm sure and or the correct Calorie or vitamin intake either. They are telling us that we don't have a right to grieve the issue and that this is D.O.C. and Marshal approved the 7 meal rotation Menu Just started if its approved we should be able to get copies of the Calory count and a copy of the current menu. I requested it to show my attorney and the Marshals and made that clear and was denied By Lampton after Michelle Hayse told me to request it then switched her response to they dont do it when Lampton told me my request was denied. This new Meny isnt Marshals approved or Doc approved it has been changed due to the Kitchen budget this came from officers here of the Jail and Kitchen workers "inmate workers" that this is a 6 month change our diet or food intake because of a budget by law certain stuff and amounts are mandatory.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

\_\_\_\_ award money damages in the amount of $ __10,000.00__

\_\_\_\_ grant injunctive relief by __giving correct portions and correct vitamins and nutrition__

\_\_\_\_ award punitive damages in the amount of $ __7500.00__

\_\_\_\_ other: __fix menu by feeding properly and making sure we get proper amounts of nutrition and vitamins__

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __9__ day of __February__, 20__23__.

__Timothy Rice__
(Signature of Plaintiff)

__Ahilleo [illegible]__
(Signature of additional Plaintiff)

__[illegible]__
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6

Timothy Rice
HCJ
2250 Laffoon Trail
INMATE UNCENSORED MAIL
HOPKINS COUNTY JAIL
PO BOX 1030
MADISONVILLE, KY 42431

423 Frederica St
Owensboro, Ky
42301

Case 4:23-cv-00039-JHM  Document 1  Filed 03/17/23  Page 8 of 8 PageID #: 8



423 Frederica St
Owensboro, Ky
42301